**MOTION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

| United States District Court | DISTRICT: DISTRICT OF COLUMBIA |
|---|---|
| CASE TITLE: RAUL RAMOS v FEDERAL BUREAU OF PRISONS, et Al. | DOCKET NO. 07-895-JDB<br>MAGISTRATE CASE NO.<br>**FILED** MAY 14 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, **RAUL RAMOS** *(print your full name)*, declare that I am the *(check appropriate box)*

☒ petitioner/plaintiff   ☐ movant (filing 28 U.S.C. § 2255 motion)
☐ respondent/defendant   ☐ _____ *(other)*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

I CLAIM VIOLATIONS OF THE FREEDOM OF INFORMATION ACT.

In further support of this application, I answer the following questions:

1. Are you presently employed?   ☒ Yes   ☐ No
   (a) If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *(list both gross and net salary)*

   UNICOR @ USP BIG SANDY, INEZ, KY
   APPROX. $50.00/MO

   (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession or other form of employment?   ☐ Yes   ☒ No
   (b) Rent payments, interest or dividends?   ☐ Yes   ☒ No
   (c) Pension, annuities or life insurance payments?   ☐ Yes   ☒ No
   (d) Gifts or inheritances?   ☒ Yes   ☐ No
   (e) Any other sources?   ☒ Yes   ☐ No

**RECEIVED**
APR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*(continued on reverse side)*

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months: I RECEIVED SEVERAL GIFTS AND DONATIONS FROM FRIENDS + RELATIVES bUT EXACT NAMes, DATes + AMOUNTS I CANNOT RECALL.

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   ☒ No  (include any funds in prison accounts)
   I the answer is "yes," state the total value of the items owned.
   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   ☒ No
   If the answer is "yes" describe the property and state its approximate value.
   N/A

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/1/07           X Raul Ramos
             (date)                    (signature of applicant)

## CERTIFICATE
(Prisoner Accounts Only)

I CERTIFY that the applicant herein has the sum of $ 33.83 on account to his credit at the USP BIG SANDY INEZ, KY institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: 0

Beverly Stark
(Authorized Officer of Institution)

## ORDER OF COURT

| The application is denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ United States Judge     Date | _____  _____ United States Judge     Date or Magistrate |

USP Lompoc LRC 1994