**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Drug Enforcement Adm.
DOJ
700 Army Navy Drive
Arlington, Va. 22702

Civil Action, File Number __CA-07-895 JDB__

__Raul Castillo Ramos__
V.
__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

If you are served on behalf of a corporation, ur signature your relationship to that entity. If indicate under your signature your authority.

_ days, you (or the party on whose behalf you nplaint in any other manner permitted by law.

behalf you are being served) must answer the nt by default will be taken against you for the

ot of Summons and Complaint By Mail was

MS Official)

COMPLAINT

omplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

**[PS Form 3811 Return Receipt card, overlaid:]**

07-895   5-14-07   727

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Drug Enforcement Adm.
DOJ
700 Army Navy Dr.
Arlington, VA 22702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
B. Ferguson                      5-29-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 7321

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
United States Dept. of Justice
Criminal Division/FOIA/PA Unit
Keeney Bldg.,
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-895 JDB__

__Raul Castillo Ramos__

V.

__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[...] part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...] rpose. Keep copy 3 for your records.

[...]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...] other entity, you must indicate under your signature your relationship to that entity. If [...] authorized to receive process, you must indicate under your signature your authority.

[...] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [...] incurred in serving a summons and complaint in any other manner permitted by law.

[...] this form, you (or the party on whose behalf you are being served) must answer the [...] were sent. If you fail to do so, judgment by default will be taken against you for the

[...]Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
[...]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

---

**[Certified mail return receipt card, attached:]**

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAY 25 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   US Dept. of Justice
   Criminal Div./FOIA/PA Unit
   Keeney Bldg.
   950 Penn. Ave., NW
   Wash., DC

2. Article Number (Transfer from service label)
   7003 2260 0000 4984 7468

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED MAY 25 2007

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
```
United States National Central Bureau
Department of Justice, Interpol
950 Pa. Ave., NW
Washington, DC 20530
```

Civil Action, File Number __CA-07-895 JDB__

__Raul Castillo Ramos__
V.
__Bureau of Prisons, etal__

...ursuant to the Federal Rules of Civil Procedure.

...rt of this form below, AND RETURN COPIES 1 AND 2 to the sender within
... Keep copy 3 for your records.

...LEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...r entity, you must indicate under your signature your relationship to that entity. If
...orized to receive process, you must indicate under your signature your authority.

...f this form to the sender within ___ days, you (or the party on whose behalf you
...rred in serving a summons and complaint in any other manner permitted by law.

...s form, you (or the party on whose behalf you are being served) must answer the
...re sent. If you fail to do so, judgment by default will be taken against you for the

...ice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

...F RECEIPT OF SUMMONS AND COMPLAINT
...d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)