**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Bureau of Alcohol, Tobacco, Firearms &
Explosives - DOJ
650 Mass. Ave., NW
Washington, DC 20530

Civil Action, File Number __07-895 JDB__

__Raul Castillo Ramos__
                                V.
__Bureau of Prisons, et al__

...mmons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...nt part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
...rpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...other entity, you must indicate under your signature your relationship to that entity. If
...authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you
...incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the
...were sent. If you fail to do so, judgment by default will be taken against you for the

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
...ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

[Attached PS Form 3811 return receipt:
1. Article Addressed to: Bureau of ATF & Explo., 650 Mass. Ave, NW, Washington, DC
Article Number: 7003 2260 0000 4984 7451
Service Type: Certified Mail, Registered]