UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0895 (JDB) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

The Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the heading of the complaint, the Defendants include the: (1) Federal Bureau of Prisons; (2) Criminal Division of the United States Department of Justice; (3) United States Customs Service; (4) United States National Central Bureau Interpol, Department of Justice, (5) Federal Bureau of Investigation; (6) Bureau of Alcohol, Tobacco, Firearms and Explosives, Department of Justice, (7) Internal Revenue Service, Department of the Treasury; (8) Drug Enforcement Administration, United States Department of Justice; and (9) Executive Office for United States Attorneys, Department of Justice. However, the body of the complaint also contains allegations against the Immigration and Naturalization Service, and the United States Marshals Service.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June, 2007, I caused the foregoing Notice of Appearance to be served on Plaintiff:

Raul Castillo Ramos
No. 38200-037
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, Kentucky  41224

                                          _____/s/_____
                                          JUDITH A. KIDWELL
                                          Assistant United States Attorney