UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0895 (JDB) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME

The Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, until and including July 27, 2007, within which to file a response to the Plaintiff's complaint. The Defendants' response is presently due on June 14, 2007, and this is the Defendants first request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and the Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which the complaint contains allegations against eleven federal defendants from which the Plaintiff allegedly sought records. Therefore, additional time is required for coordination between undersigned counsel and representatives of

---

[1] According to the complaint, the Defendants include the: (1) Federal Bureau of Prisons; (2) Criminal Division of the United States Department of Justice; (3) United States Customs Service; (4) United States National Central Bureau Interpol, Department of Justice; (5) Federal Bureau of Investigation; (6) Bureau of Alcohol, Tobacco, Firearms and Explosives; (7) Internal Revenue Service, Department of the Treasury; (8) Drug Enforcement Administration, United States Department of Justice; (9) Executive Office for United States Attorneys, Department of Justice; (10) Immigration and Naturalization Service; and (11) United States Marshals Service.

these federal defendants in order to properly respond to the Plaintiff's complaint. Accordingly, the Defendants are requesting an extension of time until and including July 27, 2007, to file a response to the Plaintiff's complaint.

For the foregoing reasons, the Defendants respectfully request that this motion for an enlargement of time be granted. A proposed order is included with this motion.

                                    Respectfully submitted,

                                    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                    /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

      I hereby certify that on this __ day of June, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Raul Castillo Ramos
No. 38200-037
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, Kentucky  41224


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
RAUL CASTILLO RAMOS,                    )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )   Civil Action No. 07-0895 (JDB)
                                        )
FEDERAL BUREAU OF PRISONS, *et al.*,    )
                                        )
          Defendants.                   )
_____)

## ORDER

UPON CONSIDERATION OF the Defendants' Motion for An Enlargement of Time to file a response to the complaint herein, any opposition thereto, and the entire record herein, it is this _____ day of June, 2007,

**ORDERED** that the Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants shall have until and including July 27, 2007, to file a response to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE