**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Internal Revenue Service
Department of the Treasury
1500 Pa. Ave., NW
Washington, D.C. 20220

Civil Action, File Number ___CA-07-895 JDB___

___Raul Castillo Ramos___
V.
___Bureau of Prisons, et al___

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[Overlaid: USPS PS Form 3811 Domestic Return Receipt and PS Form 3800 certified mail receipt]

07-895  JKT  5-14-07

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Internal Revenue Service
Dept. of the Treasury
1500 Penn. Ave., NW
Washington, DC

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
MAY ? 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 7437

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

behalf you are being served) must answer the ... nt by default will be taken against you for the ... pt of Summons and Complaint By Mail was ...

(MS Official)

COMPLAINT
omplaint in the above captioned manner at

_____ and Street Name or P.O. Box No.

_____ Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)