UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0895 (JDB) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT OF TIME

The Defendants,[1] through their undersigned attorneys, hereby respectfully request a second enlargement of time, until and including August 31, 2007, within which to file answers or other responses to the Plaintiff's complaint. The Defendants' answers or other responses are presently due on July 27, 2007, and this is the Defendants' second request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and the Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which the complaint contains allegations against eleven federal defendants from which the Plaintiff allegedly sought records. Undersigned

---

[1] According to the complaint, the Defendants include the: (1) Federal Bureau of Prisons; (2) Criminal Division of the United States Department of Justice; (3) United States Customs Service; (4) United States National Central Bureau Interpol, Department of Justice; (5) Federal Bureau of Investigation; (6) Bureau of Alcohol, Tobacco, Firearms and Explosives; (7) Internal Revenue Service, Department of the Treasury; (8) Drug Enforcement Administration, United States Department of Justice; (9) Executive Office for United States Attorneys, Department of Justice; (10) Immigration and Naturalization Service; and (11) United States Marshals Service.

counsel has obtained information from some of the federal defendants concerning the Plaintiff's initial FOIA requests and responses thereto. However, some of the federal defendants are having difficulty locating any FOIA requests by the Plaintiff, and these federal defendants have not yet responded to undersigned counsel's request for information necessary to respond to the Plaintiff's complaint. Therefore, additional time is required for locating the Plaintiff's FOIA requests and for coordination between undersigned counsel and representatives of these federal defendants in order to properly respond to the Plaintiff's complaint. Accordingly, the Defendants are requesting a second extension of time until and including August 31, 2007, to file answers or other responses to the Plaintiff's complaint.

For the foregoing reasons, the Defendants respectfully request that this second motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

      I hereby certify that on this __ day of July, 2007, I caused the foregoing Second Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Raul Castillo Ramos
No. 38200-037
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, Kentucky  41224

                                  _____/s/_____
                                  JUDITH A. KIDWELL
                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0895 (JDB) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

UPON CONSIDERATION OF the Defendants' Second Motion for An Enlargement of Time to file answers or other responses to the complaint herein, any opposition thereto, and the entire record herein, it is this _____ day of July, 2007,

**ORDERED** that the Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants shall have until and including August 31, 2007, to file answers or other responses to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE