UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-895 (JDB) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendants in this case and withdraw the appearance of Assistant U.S. Attorney Judith A. Kidwell.

      /s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

      /s/
JUDITH A. KIDWELL,
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

CERTIFICATE OF SERVICE

     I hereby certify that on August 31, 2007, a copy of the foregoing Praecipe was served on plaintiff <u>pro</u> <u>se</u>, addressed to:

>Mr. Raul Castillo Ramos
>No. 382000-037
>United States Penitentiary
>1197 Airport Road
>P.O. Box 2068
>Inez, Kentucky 41224

>     /s/
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226