```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                               )
RAUL CASTILLO RAMOS,           )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil No. 07-895 (JDB)
                               )
FEDERAL BUREAU OF PRISONS,     )
   et al.,                     )
                               )
        Defendants.            )
                               )
```

DEFENDANTS' THIRD MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including September 17, 2007, in which to respond to the Complaint in this Freedom of Information Act case brought by plaintiff, a pro se prisoner. This case was just transferred to Assistant U.S. Attorney ("AUSA") Marina Utgoff Braswell when former lead defense counsel AUSA Judith Kidwell had to unexpectedly leave the office, for a currently unknown period of time, due to medical reasons. AUSA Braswell is currently in contact with agency counsel for all the defendants and attempting to gather all of the information needed in order to respond to the Complaint. The time requested is to enable AUSA Braswell to complete this task, while complying with her previously scheduled obligations in other cases, including two motions for summary affirmance due in the Court of Appeals next week, and attending depositions in two different class action cases in which she is

lead counsel.

Plaintiff <u>pro se</u> is an inmate and thus LCvR 7(m) does not apply to this motion.

For the foregoing reasons, defendants respectfully request that this motion for enlargement of time be granted.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Defendant's Motion for Enlargement of Time, with proposed Order, was served upon plaintiff by first class, U.S. mail, addressed to:

>Mr. Raul Castillo Ramos
>No. 382000-037
>United States Penitentiary
>1197 Airport Road
>P.O. Box 2068
>Inez, Kentucky 41224

on this 31st day of August, 2007.

>_____/s/_____
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C.  20530
>(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAUL CASTILLO RAMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-895 (JDB) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendants' third motion for enlargement of time, and the entire record of this case, it is hereby

ORDERED that defendant's motion is GRANTED for good cause shown; and it is further

ORDERED that defendant shall have to and including September 17, 2007, in which to respond to the Complaint in this case.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

Mr. Raul Castillo Ramos
No. 382000-037
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, Kentucky 41224