UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 07-895 (JDB) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

DEFENDANTS' FOURTH MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests a brief further extension of time, to and including September 24, 2007, in which to respond to the Complaint in this Freedom of Information Act case brought by plaintiff, a pro se prisoner. Recently assigned Assistant U.S. Attorney ("AUSA") Marina Utgoff Braswell has been gathering the information necessary to respond to this case and is still awaiting information from one agency that is needed so defendants' can file the appropriate response to the Complaint, which will consist in part of a motion to dismiss and in part an answer. The time requested is to enable AUSA Braswell to complete this task, while complying with her previously scheduled obligations in other cases, including a lengthy dispositive motion that was filed today in a Title VII case, participating in two depositions the next two days, and completing two filings for the Court of Appeals by the end of the week, as well as a reply

brief in this Court in a subpoena matter.

Plaintiff pro se is an inmate and thus LCvR 7(m) does not apply to this motion.

For the foregoing reasons, defendants respectfully request that this motion for enlargement of time be granted.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Defendant's Motion for Enlargement of Time, with proposed Order, was served upon plaintiff by first class, U.S. mail, addressed to:

>Mr. Raul Castillo Ramos
>No. 382000-037
>United States Penitentiary
>1197 Airport Road
>P.O. Box 2068
>Inez, Kentucky 41224

on this  17th   day of September, 2007.


_____MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 07-895 (JDB) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

ORDER

Upon consideration of defendants' third motion for enlargement of time, and the entire record of this case, it is hereby

ORDERED that defendant's motion is GRANTED for good cause shown; and it is further

ORDERED that defendant shall have to and including September 24, 2007, in which to respond to the Complaint in this case.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530


Mr. Raul Castillo Ramos
No. 382000-037
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, Kentucky 41224