UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:07-0895 (JDB) |
| ) | ECF |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Marina Utgoff Braswell.

Dated: September 24, 2007               Respectfully submitted,


                                        /s/
                                        MARINA UTGOFF BRASWELL

                                        /s/
                                        BLANCHE L. BRUCE
                                        D.C. Bar No. 960245
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        (202) 307-6078