UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAUL CASTILLO RAMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-895 (JDB) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' FIFTH MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Criminal Division of the United States Department of Justice [Criminal Division], United States National Central Bureau of the United States Department of Justice [INTERPOL], Federal Bureau of Investigation [FBI], and Internal Revenue Service [IRS] respectfully request a one-day further extension of time, to and including September 25, 2007, in which to respond to the Complaint in this Freedom of Information Act case brought by plaintiff, a pro se prisoner. On this date certain defendants in this case filed an Answer to the Complaint. For these remaining defendants, a dispositive motion is more appropriate at this stage. Assistant U.S. Attorney Marina Utgoff Braswell has been unable to complete that motion in time for review and filing today, in light of the fact that she also had to complete and file today two reply memoranda in the Court of Appeals, the Answer in this case, and at the end of last week she

was assigned a new case with a motion for a temporary restraining order that she had to divert her attention to address.

Plaintiff <u>pro</u> <u>se</u> is an inmate and thus LCvR 7(m) does not apply to this motion.

For the foregoing reasons, these defendants respectfully request that this motion for enlargement of time of one business day be granted.

                          Respectfully submitted,

                          _____/s/_____
                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                          United States Attorney

                          _____/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

                          _____/s/_____
                          MARINA UTGOFF BRASWELL, D.C. BAR #416587
                          Assistant United States Attorney
                          U.S. Attorney's Office
                          555 4th Street, N.W. - Civil Division
                          Washington, D.C. 20530
                          (202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Defendants' Motion for Enlargement of Time, with proposed Order, was served upon plaintiff by first class, U.S. mail, addressed to:

>Mr. Raul Castillo Ramos
>No. 382000-037
>United States Penitentiary
>1197 Airport Road
>P.O. Box 2068
>Inez, Kentucky 41224

on this 24th day of September, 2007.

/s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

|   |   |
|---|---|
| RAUL CASTILLO RAMOS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 07-895 (JDB) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of defendants' fifth motion for enlargement of time, and the entire record of this case, it is hereby

ORDERED that defendants' motion is GRANTED for good cause shown; and it is further

ORDERED that defendants Criminal Division of the United States Department of Justice, United States National Central Bureau of the United States Department of Justice [INTERPOL], Federal Bureau of Investigation, and Internal Revenue Service shall have to and including September 25, 2007, in which to respond to the Complaint in this case.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

Mr. Raul Castillo Ramos
No. 382000-037
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, Kentucky 41224