```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                                  )
RAUL CASTILLO RAMOS,              )
                                  )
       Plaintiff,                 )
                                  )
       v.                         )   Civil No. 07-895 (JDB)
                                  )
FEDERAL BUREAU OF PRISONS,        )
   et al.,                        )
                                  )
       Defendants.                )
                                  )
```

<u>PRAECIPE</u>

The Clerk of this Court will please re-enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendants.

```
                             /s/
                       MARINA UTGOFF BRASWELL, D.C. BAR #416587
                       Assistant United States Attorney
                       U.S. Attorney's Office
                       Judiciary Center Building
                       555 4th Street, N.W.
                       Washington, D.C. 20530
                       (202) 514-7226
```

<u>CERTIFICATE OF SERVICE</u>

_____I hereby certify that on September 25, 2007, a copy of the foregoing Praecipe was served on plaintiff <u>pro</u> <u>se</u>, addressed to:

>Mr. Raul Castillo Ramos
>No. 38200-037
>United States Penitentiary
>1197 Airport Road
>P.O. Box 2068
>Inez, Kentucky 41224

>___/s/_____
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226