```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
                                  )
RAUL CASTILLO RAMOS,              )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil No. 07-895 (JDB)
                                  )
FEDERAL BUREAU OF PRISONS,        )
  et al.,                         )
                                  )
        Defendants.               )
                                  )
```

PRAECIPE

The Clerk of this Court will please **withdraw** the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendants in this case.

```
                         /s/
              MARINA UTGOFF BRASWELL, D.C. BAR #416587
              Assistant United States Attorney
              U.S. Attorney's Office
              Judiciary Center Building
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 514-7226
```

CERTIFICATE OF SERVICE

_____I hereby certify that on November 7, 2007, a copy of the foregoing Praecipe was served on plaintiff pro se, addressed to:

>Mr. Raul Castillo Ramos
>No. 382000-037
>United States Penitentiary
>1197 Airport Road
>P.O. Box 2068
>Inez, Kentucky 41224

>_____
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226