UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAUL CASTILLO RAMOS,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

Defendants.

Civil Action No. 07-0895 (JDB)

ORDER

Defendants filed a motion to dismiss in part and for summary judgment in part on September 25, 2007. In its September 27, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned plaintiff that, if he failed to file his opposition by October 30, 2007, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendants' motions to dismiss in part [#20] and for summary judgment in part [#20] are GRANTED AS CONCEDED. This civil action is DISMISSED WITH PREJUDICE as it pertains to the Criminal Division of the United States Department of Justice, INTERPOL, the Federal Bureau of Investigation, the Internal Revenue Service, and the United States Marshals Service (Counts II, IV, VI, VII, IX). It is further

ORDERED that, within 30 days of entry of this Order, defendants shall file either a

dispositive motion pertaining to the remaining claims or a proposed schedule to govern further proceedings in this action.

    SO ORDERED.

                                              /s/
                              JOHN D. BATES
                              United States District Judge

Date: November 29, 2007