IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAUL CASTILLO RAMOS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0895 (JDB) |
| ) | |
| **FEDERAL BUREAU OF PRISONS, et. al** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND
## TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the Federal Bureau of Prisons (BOP), United States Customs Service (Customs), Drug Enforcement Administration (DEA), Immigration and Naturalization Service, Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Executive Office for United States Attorneys (EOUSA), the Defendants, by and through the undersigned counsel, respectfully request an enlargement of time up to and including February 15, 2008. Defendants' responses are currently due on December 29, 2008. The reason for the enlargement is the following:

The undersigned counsel needs additional time to consult with six different agency counsel and review each agency file before responses can be prepared to Plaintiff's Freedom of Information Act complaint. Furthermore, the month of December has been especially difficult to consult with agency counsel because of their leave schedule. Finally, the undersigned counsel will be out of the office from January 7 through January 11, 2008.

Defendant has not conferred with Plaintiff, who is *pro se,* because Plaintiff is incarcerated. See LcvR 7(m). An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of December, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

RAUL CASTILLO RAMOS
No. 382000-037
U.S. Penitentiary
P.O. Box 2068
Inez, Kentucky 41224

            /s/_____
            BLANCHE L. BRUCE
            Assistant United States Attorney
            555 Fourth Street, N.W., Room E-4220
            Washington, D.C. 20530
            (202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAUL CASTILLO RAMOS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0895 (JDB) |
| | ) | |
| **FEDERAL BUREAU OF PRISONS, et. al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including February 15, 2008 in which to answer, move or otherwise respond to Plaintiff's Complaint.


Date _____                    _____
                                            UNITED STATES DISTRICT JUDGE