IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAUL CASTILLO RAMOS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0895 (JDB) |
| ) | |
| **FEDERAL BUREAU OF PRISONS, et. al** ) | |
| ) | |
| **Defendants.** ) | |

**PARTIAL MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the United States Customs Service (Customs), and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), by and through the undersigned counsel, respectfully request an enlargement of time up to and including March 7, 2008. Defendants' responses are currently due on February 15, 2008. The reason for the enlargement the is the following:

1. The undersigned counsel previously requested an enlargement of time on behalf of Customs, ATF, the Executive Office for United States Attorney, the Federal Bureau of Prisons and the Drug Enforcement Administration to respond to Plaintiff's Complaint by February 15, 2008.

2. The undersigned counsel will meet the filing deadline of February 15, 2008, for Defendants EOUSA, DEA and BOP. The undersigned counsel will not be able to meet the filing deadline for ATF and Customs because undersigned counsel needed the time to complete discovery by February 18, 2008, in the patent case, Novo Norkdisk A/S v. Dudas, No. 06-1896.

3. Because Plaintiff is pro se and incarcerated, Defendant has not conferred with Plaintiff. See LcvR 7(m). An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of February 2008, I caused the foregoing Partial Motion for Enlargement of Time to be served by first class mail, postage prepaid, to Plaintiff *pro se*:

RAUL C. RAMOS
r38200-037
Big Sandy
U.S. Peniteniary
Inmate Mail/Parcels
P.O. Box 2068
Inez, Ky 41224

                                                /s/_____
                                                BLANCHE L. BRUCE
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAUL CASTILLO RAMOS**             )<br>                                                            )<br>            **Plaintiff,**            )<br>                                                            )<br>       v.                                               )      Civil Action No. 07-0895 (JDB)<br>                                                            )<br>**FEDERAL BUREAU OF PRISONS, et. al.**  )<br>                                                            )<br>            **Defendant.**         )<br>                                                            ) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendants shall have up to and including March 7, 2008 in which to answer, move or otherwise respond to Plaintiff's Complaint.


Date _____                    _____
                                                                    UNITED STATES DISTRICT JUDGE