UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>　　Defendants. | Civil Action No. 07-0895 (JDB) |

### ORDER

Defendants filed a motion for summary judgment in part on February 15, 2008 regarding plaintiff's Freedom of Information Act requests to the Drug Enforcement Administration, the Executive Office for United States Attorneys, and the Federal Bureau of Prisons. In its February 21, 2008 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion; if plaintiff failed to file his opposition by March 17, 2008, the Order warned him that the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendants' motion for summary judgment[#25] is GRANTED AS CONCEDED. This civil action is DISMISSED WITH PREJUDICE as it pertains to the Drug Enforcement Administration, the Executive Office for United States Attorneys, and the Federal Bureau of Prisons (Counts I, X, and XI).

SO ORDERED.

Date: March 31, 2008

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　United States District Judge