UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL CASTILLO RAMOS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>　　Defendants. | Civil Action No.  07-0895 (JDB) |

## ORDER

Defendants filed a motion to dismiss or, in the alternative, for summary judgment in part on March 7, 2008 regarding plaintiff's Freedom of Information Act requests to the Bureau of Alcohol, Tobacco, Firearms and Explosives and to the United States Customs Service.  In its March 10, 2008 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion; if plaintiff failed to file his opposition by April 11, 2008, the Order warned him that the Court would treat the motion as conceded.  To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [#29-30] is GRANTED AS CONCEDED.  This civil action is DISMISSED WITH PREJUDICE as it pertains to the United States Customs Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives (Counts III and VIII).  It is further

ORDERED that, within 30 days of entry of this Order, defendants shall file a dispositive

motion to resolve any remaining issues in this case.

    SO ORDERED.

Date:  April 30, 2008

/s/
JOHN D. BATES
United States District Judge