UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAUL CASTILLO RAMOS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**FEDERAL BUREAU OF PRISONS,** *et al.***,**<br><br>  Defendants. | Civil Action No.  07-0895 (JDB) |

## ORDER

Review of the record of this case shows that dispositive motions have been filed on behalf of all the federal agencies or components named as defendants to this action brought under the Freedom of Information Act.  Plaintiff has failed to respond to these motions, and all have been granted as conceded.  Accordingly, it is hereby

ORDERED that JUDGMENT shall be entered for defendants.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                                /s/
                                                   JOHN D. BATES
                                                United States District Judge

Date: July 8, 2008